Arnold **KARP**, Plaintiff–Appellant,

v.

The **GUARDIAN LIFE INSURANCE COMPANY OF AMERICA**, Defendant–Appellee.

No. 06–12215

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 5, 2006.

Thomas R. Herndon, Herndon & Costner, PC, Savannah, GA, for Plaintiff–Appellant.

H. Sanders Carter, Jr., Carter & Ansley, LLP, Atlanta, GA, for Defendant–Appellee.

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

The judgement of the district court, entered pursuant to the court's comprehensive order of March 8, 2006, is affirmed. For the reasons thoroughly stated in that order, appellant's federal claims lack merit, and appellant's state law claims are preempted by ERISA.

**AFFIRMED.**